# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

LISA WRIGHT
ADC #708491                                                              PLAINTIFF

v.                          No. 3:18-cv-112-DPM

ARKANSAS COMMUNITY CORRECTIONS                    DEFENDANT

## ORDER

Wright hasn't objected to the recommendation; her mail is still being returned undelivered. № 8. Unopposed recommendation, № 7, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 September 2018