IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LISA WRIGHT
ADC #708491                                                                                          PLAINTIFF

v.                                  No. 3:18-cv-112-DPM

ARKANSAS COMMUNITY CORRECTIONS                               DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 September 2018